UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAURY URENA,<br><br>                            Plaintiff,<br><br>       -against-<br><br>P.O. SING, ET AL.,<br><br>                          Defendants. | 23-CV-6732 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 7, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 7, 2023
            New York, New York

                                                                /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                          Chief United States District Judge